UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Stella Tabor Hayes                                    Chapter 13
                                                             Case No. ___
Debtor.

## Chapter 13 Plan

Address:      Debtor   645 Eva Street, Memphis, TN 38112

Plan Payment:

Debtor Shall Pay: $60.00 Weekly                              By:    ( ) Direct Pay _____
   Or by: (X) Payroll Deduction   NBG / Home, 11759 US Hwy 63, Bono, AR 72416

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                    (X) Yes  ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                  ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:      Monthly Pmt.
   _____   ongoing payment begins   _____   _____
                             Approximate arrearage    _____   _____
                             ongoing payment begins   _____   _____
                             Approximate arrearage

5. Priority Claims:                                                                            Monthly Pmt.
   MS Dept. Of Revenue _____   Amount       $4,000.00            $67.00
   _____        Amount     _____    _____

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
   _____   ongoing payment begins   _____   _____
                             Approximate arrearage  _____   Interest   _____   _____
                             ongoing payment begins   _____   _____
                             Approximate arrearage  _____   Interest   _____   _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate   Monthly Pmnt.
   _____    _____    _____    _____
   _____    _____    _____    _____

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Conn's (household goods) | $ 900.00 | 0.00% | $20.00 |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

    _____ Collateral _____
    _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

11. Student Loan Claims and Other Long Term Claims:

    _____  ( ) Not Provided For    ( ) General Unsecured Creditor
    _____  ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    | American Financial | (X) Assume | ( ) Reject |
    | CB Properties | (X) Assume | ( ) Reject |
    | Progressive Leasing | (X) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date   November 22, 2019
    Debtor's Attorney's Signature

                                                                              November 25, 2019

                                                                              910 > May 26, 2017